**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 01-341(1) (DWF/AJB)

Plaintiff,

v. **ORDER APPOINTING COUNSEL**

Derek Jerrell Gallion,

Defendant.

---

Lisagaye A. Biersay, Assistant United States Attorney, and Nate P. Petterson, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Katherian D. Roe, Federal Public Defender, Federal Public Defender's Office, counsel for Defendant.

---

The Court hereby directs the appointment of the Federal Public Defender's Office as counsel for the above-named Defendant for the limited purpose of representing the Defendant at a zero tolerance supervised release violation hearing scheduled for 2:30 p.m., Wednesday, April 23, 2006, in Courtroom 1, 7th Floor, 180 East Fifth Street, St. Paul, Minnesota.

Dated: August 21, 2006

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court