**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# ZERO TOLERANCE REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

DEREK JERRELL GALLION,
Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: DONOVAN W. FRANK
U.S. Judge

Case No: 01-341(01)(DWF/AJB)
Date: August 23, 2006
Court Reporter: JEANNE ANDERSON
Tape Number:
Time Commenced: 2:30
Time Concluded: 3:00
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: NATE PETTERSON, Assistant U.S. Attorney
Defendant: KATHERINE MENENDEZ ☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Zero Tolerance Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☒ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☐ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☒ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☒ Defendant sentenced **with Bureau of Prisons until August 25, 2006 at 8:00 AM. Defendant on voluntary surrender until 4:00 PM today, August 23, 2006, at which time he is to surrender to U.S. Marshal in Minneapolis, MN and begin sentence. Upon serving the sentence defendant shall continue on Supervised Release term.**
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☐ Supervised Release continued.
☐ Defendant, as an added condition of supervision, is sentenced to:

s/Lowell Lindquist
Deputy Clerk