Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Derek Jerrell Gallion

Docket No. 0:01CR00341-001

## HEARING WAIVER

I, Derek Jerrell Gallion, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 16 hours of community service, as approved by the probation officer.

Signed: ______________________ Witness: ______________________

Derek Jerrell Gallion
Supervised Releasee

Dated: 3/28/07

SCANNED
APR 13 2007
U.S. DISTRICT COURT ST. PAUL