PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Derek Jerrell Gallion**

**Docket No. 0:01CR00341-001(DWF)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Derek Jerrell Gallion** who was sentenced for Bank Robbery, on March 27, 2002, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol
Participate in drug/alcohol treatment program
Financial disclosure
No new credit
Psychological/psychiatric counseling/treatment
16 hours community service (Modified April 12, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION # 5: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

The defendant failed to appear for a drug test at the Recovery Resource Center on July 14, 2007.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following:

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

SCANNED
JUL 24 2007
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 23rd day of July, 2007, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
Senior U.S. Probation Officer
Telephone: 612-664-5381

Executed on July 19, 2007
Place Minneapolis

Approved:

Curtis L. Stevens
Supervising U.S. Probation Officer

c: United States Sentencing Commission