Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Derek Jerrell Gallion

Docket No. 0:01CR00341-001

**HEARING WAIVER**

I, Derek Jerrell Gallion, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervised release.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

Signed: ______________________
Derek Jerrell Gallion

Witness: ______________________

Dated: 7-17-07

SCANNED
JUL 2 4 2007
U.S. DISTRICT COURT ST. PAUL